November 10, 1983.

468 A.2d 828

Burger v. Halls Motor Transit Co., Appellant.
Petition for Allowance of Appeal
Denied Feb. 29, 1984.

Argued May 19, 1983. David Harry Patterson, for appellant; Joseph J. Malizia, for appellee.

Before SPAETH, HESTER and BROSKY, JJ.

The lower court order denying appellant's motion for a new trial and judgment N.O.V. is affirmed.